AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Betsy Lim & Michael Quan

CRIMINAL COMPLAINT

CASE NUMBER: 3-06-MJ-00134-JDR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 02 2006, in the District of <u>Alaska</u>, defendant, an alien,

knowingly or in reckless disregard of the fact that an alien who had not received prior official authorization to come to, enter or reside in the United States, brought to or attempted to bring to the United States, such alien, for the purpose of commercial advantage or private financial gain. in violation of Title <u>8</u>, United States Code, Section(s) <u>1324(a)(2)</u>.

I further state that I am a <u>Customs and Border Protection Officer</u> and that this
(Official Title)
complaint is based on the following facts:

See attached affidavit of Elizabeth L. Sabino, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:      <u>  x  </u> Yes      <u>     </u> No


/s/ Elizabeth L. Sabino
Elizabeth L. Sabino
Customs and Border Protection

Sworn to before me and subscribed in my presence,

<u>July 7, 2006</u>                                                    at <u>Anchorage, Alaska                    </u>
Date                                                                 City and State


JOHN D. ROBERTS
<u>United States Magistrate Judge</u>      <u>/s/ John D. Roberts [seal affixed]</u>
Name & Title of Judicial Officer         Signature of Judicial Officer