MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BETSY LIM                    CASE NO. 3:06-mj-00134-01-JDR
Defendant:  X Present  X In Custody
U.S.A. vs. MICHAEL QUAN                 CASE NO. 3:06-mj-00134-02-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES ATTORNEY:         TODD MIKILOP

DEFENDANT'S ATTORNEY:           KEVIN MCCOY - FRIEND OF THE COURT

U.S.P.O.:                       PAULA MCCORMICK

INTERPRETER:                    JIAN LI       (Mandarin)
 X Telephonic Appearance (Language Line)       (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JULY 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:51 p.m. court convened.

 X Copy of Complaint given to defendants Lim and Quan: read.

 X Defendants Lim and Quan advised of general rights.

 X Defendants Lim and Quan advised of charges and penalties.

 X Defendants Lim and Quan detained. Detention / Preliminary
   Hearing set for **July 13, 2006 at 9:30 a.m.** as to defendants
   Lim and Quan.

 X Order of Temporary Detention Pending Hearing **FILED** as to
   defendants Lim and Quan.

 X OTHER: Court and counsel hard re defendants Lim and Quan's
desire to hire own attorney. Court and counsel heard re
plaintiff's oral motion for a detention hearing as to defendants
Lim and Quan; **GRANTED.**

At 4:18 p.m. court adjourned.


DATE:     July 7, 2006          DEPUTY CLERK'S INITIALS:    ak