ALLEN N. DAYAN
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net

Attorney for:
Defendant Betsy Lim

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.3:06-MJ-00134-JDR |
| ) | |
| Betsy Lim, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

Allen N. Dayan enters his appearance as attorney of record for the defendant Betsy Lim in the above-captioned action and request that copies of all pleadings filed in this action be mailed to him at 745 West 4th Avenue, Suite 230, Anchorage, Alaska 99501.

DATED this 14th day of July, 2006, at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on July 14, 2006 a copy of the foregoing was Electronically Served on Assistant U.S. Attorney, Todd Mikolop and Kevin McCoy of the Federal Public Defenders Agency.