UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BETSY LIM et al, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 3:06-mj-00134-JDR-1 |

MOTION FOR SUBSTITUTION OF COUNSEL

I CERTIFY THAT THIS DOCUMENT AND ITS ATTACHMENTS DO NOT CONTAIN (1) THE NAME OF A VICTIM OF A SEXUAL OFFENSE LISTED IN AS 12.61.140 OR (2) A RESIDENCE OR BUSINESS ADDRESS OR TELEPHONE NUMBER OF A VICTIM OF OR WITNESS TO ANY OFFENSE UNLESS IT IS AN ADDRESS USED TO IDENTIFY THE PLACE OF THE CRIME OR IT IS AN ADDRESS OR TELEPHONE NUMBER IN A TRANSCRIPT OF A COURT PROCEEDING AND DISCLOSURE OF THE INFORMATION WAS ORDERED BY THE COURT.

COMES NOW Rex Lamont Butler of the law office of Rex Lamont Butler & Associates, Inc., and hereby move this Court to allow the substitution of the law office of Rex Lamont Butler and Associates, Inc., for Allen Dayan of Allen Dayan and Associates in the above captioned case on this 27th day of July, 2006.

/S/Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

I HEREBY CERTIFY that on the 27th
day of July, 2006, a true and
accurate copy of the Substitution
of Counsel Motion and Proposed Order has been served
via electronic filing to:

U.S. Attorney's Office
District of Alaska, Anchorage Office
Federal Building U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska, 99513-7567, and


served via hand delivery to:

Allen Dayan
Allen Dayan & Associates
745 W. 4th Avenue, Ste., 230
Anchorage, Alaska, 99501.

/S/ Rex Lamont Butler