UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
       v.                      )
                               )
BETSY LIM et al                )
                               )
            Defendant.         )
_____) Case No. 3:06-mj-00134-JDR-1
```

I CERTIFY THAT THIS DOCUMENT AND ITS ATTACHMENTS DO NOT CONTAIN (1) THE NAME OF A VICTIM OF A SEXUAL OFFENSE LISTED IN AS 12.61.140 OR (2) A RESIDENCE OR BUSINESS ADDRESS OR TELEPHONE NUMBER OF A VICTIM OF OR WITNESS TO ANY OFFENSE UNLESS IT IS AN ADDRESS USED TO IDENTIFY THE PLACE OF THE CRIME OR IT IS AN ADDRESS OR TELEPHONE NUMBER IN A TRANSCRIPT OF A COURT PROCEEDING AND DISCLOSURE OF THE INFORMATION WAS ORDERED BY THE COURT.

<u>ORDER SUBSTITUTING COUNSEL</u>

Upon consideration of Defendant's Motion for Substitution of Counsel, IT IS HEREBY ORDERED that the law office of Rex Lamont Butler and Associates, Inc., shall be substituted for Allen Dayan of Allen Dayan and Associates in the above captioned case.

DATED this ____ day of _____, 2006.

_____
U.S. District Court Judge