RECEIVED

JUN 03 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of          **ALASKA**

| UNITED STATES OF AMERICA | | **WARRANT FOR ARREST** | |
| --- | --- | --- | --- |
| V. | | Case | 3-06-MJ-00134-JDR |
| Betsy Lim | | | |

To: The United States Marshal
and any Authorized United States Officer

| YOU ARE HEREBY COMMANDED to arrest | Betsy Lim |
| --- | --- |
| | Name |

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |
| --- | --- | --- | --- | --- | --- | --- |

charging him or her with   (brief description of offense)

Knowingly or in reckless disregard brought into the United States aliens who had not received official prior authorization to come, enter or reside in the United States

| in violation of Title | 8 | United States Code, Section(s) | 1324(a) (2) |
| --- | --- | --- | --- |

**BAIL FIXED AT $** Detention Hearing Requested.

| Name of Issuing Officer | Signature | Redacted Signature |
| --- | --- | --- |
| John D. Roberts | | |
| UNITED STATES MAGISTRATE JUDGE | July 7, 2006 | Anchorage, Alaska |
| Title of Issuing Officer | Date and Location | |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ANCHORAGE AK

| DATE RECEIVED 7/7/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7/7/2006 | INS | FOR K. Dugan |